# United States District Court
# Northern District of New York
# Civil Judgment

Richard Croak, Esq.

        Appellant,                  1:08CV265  NAM

   v.

Beatrice E. Turner,

        Appellee.


[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED, that the Order of the United States Bankruptcy Judge Robert E. Littlefield, Jr., dated March 19, 2008, is affirmed.

      All Pursuant to an Order by Chief, United States District Court Judge, Norman A. Mordue, dated September 15, 2008.


Dated: September 16, 2008                Lawrence K. Baerman, Clerk


                                              s/
                                        _____
                                        Marie N. Marra, Deputy Clerk